**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bruce Finder Sales, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  BFS Metals** <br> **DBA  Chicago Plastic Supply** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3748002** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5649 West 31st** <br> **Unit B** <br> **Cicero, IL 60804** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.bfsmetals.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Bruce Finder Sales, Inc.**                                          Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4235__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Bruce Finder Sales, Inc.**                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

### █   Statistical and administrative information

**13. Debtor's estimation of available funds**    .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
☒ 50-99            ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000           ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,000 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000           ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | **Bruce Finder Sales, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2017**
MM / DD / YYYY

**X** **/s/ Bradley Finder**                                    **Bradley Finder**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ O. Allan Fridman**                        Date    **January 25, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**O. Allan Fridman**
Printed name

**Law Office of Allan Fridman**
Firm name

**555 Skokie Blvd 500**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone    **847-412-0788**        Email address    **allan@fridlg.com**

**6274954**
Bar number and State

BRUCE FINDER SALES, INC., d/b/a BFS METALS

BALANCE SHEET

31-Dec-16

ASSETS

| | | |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $ | 77,663 |
| Accounts receivable, trade (less $126,710 | | |
| allowance for doubtful accounts) | | 547,048 |
| Inventory | | 359,524 |
| Other Receivables | | 6,170 |
| Total current assets | | 990,405 |
| | | |
| PROPERTY AND EQUIPMENT: | | |
| Automobiles | | 80,258 |
| Furniture and fixtures | | 14,004 |
| Office equipment | | 46,140 |
| Software | | 18,148 |
| Trucks and trailers | | 99,386 |
| | | |
| | | 257,936 |
| Less: accumulated depreciation and amortization | | 142,796 |
| | | |
| Total property and equipment | | 115,140 |
| | | |
| | $ | 1,105,545 |

LIABILITIES AND STOCKHOLDERS' EQUITY

CURRENT LIABILITIES:

| | | |
|---|---|---:|
| Accounts payable | $ | 618,440 |
| Sales tax payable | | 12,930 |
| Profit sharing plan contribution payable | | 1,975 |
| Line of credit | | 477,758 |
| Total current liabilities | | 1,111,103 |

**LONG-TERM DEBT:**

| | |
|---|---:|
| Note payable, stockholder | 69,445 |
| Total long-term debt | 69,445 |

**STOCKHOLDERS' EQUITY:**

| | |
|---|---:|
| Common stock, no par value, 1,000 shares authorized and issued | 1,000 |
| Retained earnings | (76,003) |
| Total stockholders' equity | (75,003) |
| $ | 1,105,545 |

-

**BFS Metals Profit <Loss> 2016**

|  | TOTAL 2016 |
| --- | --- |
| Sales | 4,077,411 |
| Cost of Sales | 3,239,673 |
| Gross Profit | 837,737 |

Monthly Expenses:

| | |
| --- | --- |
| Auto  and Truck Expenses | 50,703 |
| Bank and Credit Card Charges | 16,161 |
| Computer Expense | 29,192 |
| Freight & Shipping | 3,645 |
| Health Insurance | 14,292 |
| Liability and Workers Comp. Insurance | 49,976 |
| Interest Expense-LOC & CREDIT CARD IN | 33,099 |
| Legal and Professional | 173,388 |
| Office Expense | 17,962 |
| Payroll Taxes | 68,939 |
| Payroll Processing | 1,816 |
| Rent | 207,749 |
| Salaries: | 641,297 |
| Telephone and Internet | 7,309 |
| Telephone - Cell | 7,092 |
| Utilities | 31,099 |
| Warehouse Expense | 54,393 |
| | 1,408,112 |
| | |
| Net Profit <Loss> | (570,375) |

Form **1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2015 or tax year beginning _____ , ending _____

▶ Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.*

OMB No. 1545-0123

**2015**

| A Check if: | | | | |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | | | | |
| b Life/nonlife consolidated return | | | | |
| 2 Personal holding co. (attach Sch. PH) | | | | |
| 3 Personal service corp. (see instructions) | | | | |
| 4 Schedule M-3 attached | | | | |

TYPE OR PRINT

Name BRUCE FINDER SALES, INC.
D/B/A BFS METALS
Number, street, and room or suite no. If a P.O. box, see instructions.
5649 W. 31ST STREET
City or town, state, or province, country, and ZIP or foreign postal code
CICERO, IL 60804

B Employer identification number
36-3748002

C Date incorporated
02/01/1991

D Total assets (see instructions)
$ 1,722,763.

E Check if:   (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 6,299,133. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 6,299,133. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 5,419,403. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 879,730. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) . . . SEE STATEMENT 1. | 10 | 63,957. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 943,687. |

### Deductions (See instructions for limitations on deductions)

| | | | |
|---|---|---|---:|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | 202,140. |
| 13 | Salaries and wages (less employment credits) | 13 | 514,742. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | 221. |
| 16 | Rents | 16 | 165,364. |
| 17 | Taxes and licenses . . . . . . . . . . . SEE STATEMENT 2. | 17 | 65,687. |
| 18 | Interest | 18 | 27,674. |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 41,172. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 226. |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . SEE STATEMENT 3. | 23 | 13,656. |
| 24 | Employee benefit programs . . . . . . . . . SEE STATEMENT 3. | 24 | 8,940. |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach statement) . . . . . . . SEE STATEMENT 3. | 26 | 261,946. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 1,301,768. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -358,081. |
| 29a | Net operating loss deduction (see instructions) | 29a | NONE   STMT 4 |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | NONE |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---:|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | -358,081. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | NONE |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | NONE |
| 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2016 estimated tax ▶ _____  Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer   JUNE FINDER   | 06/29/2016   Date   | SECRETARY   Title

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOHN V BASSO | | | | P00582766 |

Firm's name ▶ JESSER RAVID JASON BASSO FARBER LLP   Firm's EIN ▶ 46-2353353
Firm's address ▶ 150 N. WACKER DRIVE, SUITE 3100
CHICAGO, IL 60606-1659   Phone no. 312-782-4710

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2015)

JSA
5C1110 4.000

31065I   1523   06/29/2016 10:44:22 V15-5.3F   36-3748002   7

BRUCE FINDER SALES, INC.

36-3748002

Form 1120 (2015)

Page **2**

| | Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . . . . . . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . . ▶ | | | |

Form **1120** (2015)

COPY

BRUCE FINDER SALES, INC.

Form 1120 (2015)    36-3748002

Page 3

## Schedule J    Tax Computation and Payment (see instructions)

### Part I-Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions). . . . . . . . ▶ ☐ | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . . | 3 | NONE |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | NONE |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . | 5a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . | 5e | | |
| 6 | Total credits. Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | NONE |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)). . . . . . . . . . . . . . . | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . | 9e | | |
| f | Other (see instructions - attach statement). . . . . . . . | 9f | | |
| 10 | Total. Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . | 11 | NONE |

### Part II-Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 12 | 2014 overpayment credited to 2015 . . . . . . . . . . . | 12 | |
| 13 | 2015 estimated tax payments . . . . . . . . . . . . . | 13 | |
| 14 | 2015 refund applied for on Form 4466 . . . . . . . . . . | 14 | ( ) |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . | 15 | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . | 16 | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . | 17 | |
| 18 | Total payments. Add lines 15, 16, and 17. . . . . . . . . | 18 | |
| 19 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . | 19a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . | 19b | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . . . . . | 19c | | |
| d | Other (attach statement - see instructions) . . . . . . . | 19d | | |
| 20 | Total credits. Add lines 19a through 19d . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . | 21 | |

## Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ __423510__ | | |
| b | Business activity ▶ __SALES__ | | |
| c | Product or service ▶ __STEEL__ | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G). . . . . . . . . . . . . | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . . . . . | X | |

Form **1120** (2015)

BRUCE FINDER SALES, INC.　　　　　　　　　　　　　　　　　　　　36-3748002

Form 1120 (2015)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **4**

## Schedule K　Other Information *continued* (see instructions)

| | | | | Yes | No |
|---|---|---|---|---|---|
| **5** | At the end of the tax year, did the corporation: | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (I) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (I) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . . . | | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . . . . . . . . . | | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | | |
| | **(i)** Percentage owned ▶_____ and **(ii)** Owner's country ▶_____ | | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶_____ | | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ▶ ☐ | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $_____ | | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶_____2 | | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . . . . . ▶ ☐ | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $_____ | | | |
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $_____ | | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . . . . . . | | | X |
| | If "Yes," complete and attach Schedule UTP. | | | |
| **15a** | Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

Form **1120** (2015)

BRUCE FINDER SALES, INC.

Form 1120 (2015)

36-3748002

Page **5**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 41,081. | | 7,332. |
| 2a Trade notes and accounts receivable | 598,970. STMT 6 | | 900,425. | |
| b Less allowance for bad debts | ( 42,500. ) | 556,470. | ( 44,521. ) | 855,904. |
| 3 Inventories | | 578,837. | | 497,093. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | STMT 6 | 8,400. | | NONE |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 214,476. | | 330,740. | |
| b Less accumulated depreciation | ( 94,534. ) | 119,942. | ( 142,796. ) | 187,944. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 230. | | 230. | |
| b Less accumulated amortization | ( 230. ) | | ( 230. ) | |
| 14 Other assets (attach statement) | STMT 6 | 41,490. | | 174,490. |
| 15 Total assets | | 1,346,220. | | 1,722,763. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | STMT 6 | 533,171. | | 923,570. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | STMT 6 | 488,461. | | 715,356. |
| 19 Loans from shareholders | STMT 7 | 104,060. | | 88,950. |
| 20 Mortgages, notes, bonds payable in 1 year or more | STMT 7 | 48,853. | | 70,890. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 1,000. | 1,000. | 1,000. | 1,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 170,675. | | -77,003. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 1,346,220. | | 1,722,763. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3 (see instructions).

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -247,677. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | | |
| 2 Federal income tax per books | | | | |
| 3 Excess of capital losses over capital gains | | SEE STATEMENT 8 | 133,000. | |
| 4 Income subject to tax not recorded on books this year (itemize): SEE STATEMENT 8 | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | 19,117. | a Depreciation $ | | |
| a Depreciation $ | | b Charitable contributions $ | | |
| b Charitable contributions $ | | | | |
| c Travel and entertainment $ 332. | | | | |
| SEE STATEMENT 8 | 3,147. | 9 Add lines 7 and 8 | | 133,000. |
| 6 Add lines 1 through 5 | -225,081. | 10 Income (page 1, line 28) - line 6 less line 9 | | -358,081. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 170,675. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -247,677. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize) STMT 8 | | 1. |
| | | 7 Add lines 5 and 6 | | 1. |
| 4 Add lines 1, 2, and 3 | -77,002. | 8 Balance at end of year (line 4 less line 7) | | -77,003. |

JSA

Form **1120** (2015)

5C1140 2.000

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the
## Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

.OMB No. 1545-0123

Name

BRUCE FINDER SALES, INC.
D/B/A BFS METALS

Employer identification number (EIN)

36-3748002

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| BRUCE A FINDER DECL. OF TRUST | ███0472 | US | 49.000 |
| BRAD FINDER | ███3231 | US | 51.000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.

5C2720 2.000      JSA

Schedule G (Form 1120) (Rev. 12-2011)

31065I   1523     06/29/2016 10:44:22 V15-5.3F      36-3748002              12

# Form 4626

Department of the Treasury
Internal Revenue Service

## Alternative Minimum Tax - Corporations

► **Attach to the corporation's tax return.**

► Information about Form 4626 and its separate instructions is at *www.irs.gov/form4626.*

OMB No. 1545-0123

**2015**

| Name BRUCE FINDER SALES, INC.<br>D/B/A BFS METALS | Employer identification number<br>36-3748002 |
|---|---|

**Note:** *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | **1** | -358,081. |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | **2a** | 6,623. |
| b | Amortization of certified pollution control facilities | **2b** | |
| c | Amortization of mining exploration and development costs | **2c** | |
| d | Amortization of circulation expenditures (personal holding companies only) | **2d** | |
| e | Adjusted gain or loss | **2e** | |
| f | Long-term contracts | **2f** | |
| g | Merchant marine capital construction funds | **2g** | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | **2h** | |
| i | Tax shelter farm activities (personal service corporations only) | **2i** | |
| j | Passive activities (closely held corporations and personal service corporations only) | **2j** | |
| k | Loss limitations | **2k** | |
| l | Depletion | **2l** | |
| m | Tax-exempt interest income from specified private activity bonds | **2m** | |
| n | Intangible drilling costs | **2n** | |
| o | Other adjustments and preferences | **2o** | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | **3** | -351,458. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |

| | | | | | |
|---|---|---|---|---|---|
| a | ACE from line 10 of the ACE worksheet in the instructions | **4a** | -351,458. | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) | **4b** | | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | **4c** | | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive).* | **4d** | | | |
| e | ACE adjustment.<br>• If line 4b is zero or more, enter the amount from line 4c<br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | **4e** | | | |

| | | | |
|---|---|---|---|
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | **5** | -351,458. |
| 6 | Alternative minimum tax net operating loss deduction (see instructions) . . . SEE STATEMENT 9 | **6** | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | **7** | -351,458. |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions. If zero or less, enter -0- | **8a** NONE | |
| b | Multiply line 8a by 25% (.25) | **8b** NONE | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | **8c** | 40,000. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | **9** | NONE |
| 10 | Multiply line 9 by 20% (.20) | **10** | NONE |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | **11** | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | **12** | NONE |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | **13** | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | **14** | NONE |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4626** (2015)

JSA
5X2400 2.000

BRUCE FINDER SALES, INC.

## Adjusted Current Earnings (ACE) Worksheet

*Keep for Your Records*

▶ See ACE Worksheet Instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | | **1** | −351,458. |
| 2 | ACE depreciation adjustment: | | | |
| a | AMT depreciation | **2a** 34,549. | | |
| b | ACE depreciation: | | | |
| | (1) Post-1993 property | **2b(1)** 34,549. | | |
| | (2) Post-1989, pre-1994 property | **2b(2)** | | |
| | (3) Pre-1990 MACRS property | **2b(3)** | | |
| | (4) Pre-1990 original ACRS property | **2b(4)** | | |
| | (5) Property described in sections 168(f)(1) through (4) | **2b(5)** | | |
| | (6) Other property | **2b(6)** | | |
| | (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) | **2b(7)** 34,549. | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a | | **2c** | |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | | |
| a | Tax-exempt interest income | **3a** | | |
| b | Death benefits from life insurance contracts | **3b** | | |
| c | All other distributions from life insurance contracts (including surrenders) | **3c** | | |
| d | Inside buildup of undistributed income in life insurance contracts | **3d** | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) | **3e** | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | | **3f** | |
| 4 | Disallowance of items not deductible from E&P: | | | |
| a | Certain dividends received | **4a** | | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 | **4b** | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) | **4c** | | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) | **4d** | | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) | **4e** | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | | **4f** | |
| 5 | Other adjustments based on rules for figuring E&P: | | | |
| a | Intangible drilling costs | **5a** | | |
| b | Circulation expenditures | **5b** | | |
| c | Organizational expenditures | **5c** | | |
| d | LIFO inventory adjustments | **5d** | | |
| e | Installment sales | **5e** | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e | | **5f** | |
| 6 | Disallowance of loss on exchange of debt pools | | **6** | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts | | **7** | |
| 8 | Depletion | | **8** | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | | **9** | |
| 10 | **Adjusted current earnings.** Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | | **10** | −351,458. |

JSA
5X2410 2.000

31065I    1523    06/29/2016 10:44:22 V15-5.3F    36-3748002    14

Form **1125-A**
(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
▶ Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a*.

OMB No. 1545-2225

Name
BRUCE FINDER SALES, INC.
D/B/A BFS METALS

Employer identification number
36-3748002

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 578,837. |
| 2 | Purchases | 2 | 5,227,058. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . SEE STATEMENT 10 | 5 | 110,601. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 5,916,496. |
| 7 | Inventory at end of year | 7 | 497,093. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 5,419,403. |

9a  Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . | 9d | |

e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . .  ☐ Yes  ☒ No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

**General Instructions**

**Purpose of Form**

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

**Who Must File**

Filers of Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

**Inventories**

Generally, inventories are required at the beginning and end of each tax year if production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** If you are a qualifying taxpayer or a qualifying small business taxpayer (defined below), you can adopt or change your accounting method to account for inventoriable items in the same manner as materials and supplies that are not incidental.

Under this accounting method, inventory costs for raw materials purchased for use in producing finished goods and merchandise purchased for resale are deductible in the year the finished goods or merchandise are sold (but not before the year you paid for the raw materials or merchandise, if you are also using the cash method).

If you account for inventoriable items in the same manner as materials and supplies that are not incidental, you can currently deduct expenditures for direct labor and all indirect costs that would otherwise be included in inventory costs. See the instructions for lines 2 and 7.

For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on adopting or changing to this method of accounting, see Form 3115, Application for Change in Accounting Method, and its instructions.

*Qualifying taxpayer.* A qualifying taxpayer is a taxpayer that, (a) for each prior tax year ending after December 16, 1998, has average annual gross receipts of $1 million or less for the 3 prior tax years and (b) its business is not a tax shelter (as defined in section 448(d)(3)). See Rev. Proc. 2001-10, 2001-2 I.R.B. 272.

*Qualifying small business taxpayer.* A qualifying small business taxpayer is a taxpayer that, (a) for each prior tax year

ending on or after December 31, 2000, has average annual gross receipts of $10 million or less for the 3 prior tax years, (b) whose principal business activity is not an ineligible activity, and (c) whose business is not a tax shelter (as defined in section 448 (d)(3)). See Rev. Proc. 2002-28, 2002-18, I.R.B. 815.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

● The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

● Real property or personal property (tangible and intangible) acquired for resale.

● The production of real property and tangible personal property by a corporation for use in its trade or business or in an activity engaged in for profit.

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

For Paperwork Reduction Act Notice, see instructions.

JSA
5X4012 2.000

Form **1125-A** (12-2012)

Form **1125-E**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-2225

Name   BRUCE FINDER SALES, INC.
   D/B/A BFS METALS

Employer identification number
36-3748002

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** JUNE FINDER | ███-8705 | 10.000 % | 49.000 % | NONE % | 14,640. |
| BRAD FINDER | ███-3231 | 100.000 % | 51.000 % | NONE % | 187,500. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 202,140. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 202,140. |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1125-E** (Rev. 12-2013)

COPY

JSA
5C1318 2.000

# Form **1139**
(Rev. November 2014)
Department of the Treasury
Internal Revenue Service

## Corporation Application for Tentative Refund

▶ Information about Form 1139 and its separate instructions is at *www.irs.gov/form1139*.
▶ Do not file with the corporation's income tax return - file separately.
▶ Keep a copy of this application for your records.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| BRUCE FINDER SALES, INC.  D/B/A BFS METALS | 36-3748002 |

**Number, street, and room or suite no. If a P.O. box, see instructions.**
5649 W. 31ST STREET

Date of incorporation
02/01/1991

**City or town, state, and ZIP code**
CICERO, IL 60804

Daytime phone number

| 1 | Reason(s) for filing. See instructions - attach computation | a Net operating loss (NOL) STMT. 11 ▶ | 358,081. | c Unused general business credit . . . . . . . . . ▶ | |
|---|---|---|---|---|---|
| | | b Net capital loss . . . . . . . . . . . ▶ | | d Other . . . . . . . . . . . ▶ | |

| 2 | Return for year of loss, unused credit, or overpayment under section 1341(b)(1) . . . . . | a Tax year ended 12/31/2015 | b Date tax return filed 06/30/2016 | c Service center where filed CINCINNATI, OH |
|---|---|---|---|---|

3  If this application is for an unused credit created by another carryback, enter ending date for the tax year of the first carryback ▶

4  Did a loss result in the release of a foreign tax credit, or is the corporation carrying back a general business credit that was released because of the release of a foreign tax credit (see instructions)? If "Yes," the corporation must file an amended return to carry back the released credits . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

5a  Was a consolidated return filed for any carryback year or did the corporation join a consolidated group (see instructions)?   ☐ Yes   ☒ No

  b  If "Yes," enter the tax year ending date and the name of the common parent and its EIN, if different from above (see instructions) ▶

6a  If Form 1138 has been filed, was an extension of time granted for filing the return for the tax year of the NOL?   ☐ Yes   ☐ No

  b  If "Yes," enter the date to which extension was granted ▶ _____   c  Enter the date Form 1138 was filed. ▶

  d  Unpaid tax for which Form 1138 is in effect . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $

7  If the corporation changed its accounting period, enter the date permission to change was granted . . .

8  If this is an application for a dissolved corporation, enter date of dissolution . . . . . . . . . .

9  Has the corporation filed a petition in Tax Court for the year or years to which the carryback is to be applied?   ☐ Yes   ☒ No

10  If any part of the decrease in tax due to a loss or credit resulting from a reportable transaction required to be disclosed? If Yes, attach Form 8886 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☒ No

**Computation of Decrease in Tax**
See instructions.

Note: *If only filing for an unused general business credit (line 1c), skip lines 11 through 15.*

| | | 2ND preceding tax year ended ▶ 12/31/2013 | | preceding tax year ended ▶ | | preceding tax year ended ▶ | |
|---|---|---|---|---|---|---|---|
| | | (a) Before carryback | (b) After carryback | (c) Before carryback | (d) After carryback | (e) Before carryback | (f) After carryback |
| 11 | Taxable income from tax return . . | 41,131. | 41,131. | | | | |
| 12 | Capital loss carryback (see instructions) | | | | | | |
| 13 | Subtract line 12 from line 11 . . . | | 41,131. | | | | |
| 14 | **NOL deduction (see instructions)** | | 41,131. | | | | |
| 15 | Taxable income. Subtract line 14 from line 13 | | | | | | |
| 16 | **Income tax** . . . . . . . . . | 6,170. | | | | | |
| 17 | Alternative minimum tax . . . . | | | | | | |
| 18 | Add lines 16 and 17 . . . . . . | 6,170. | | | | | |
| 19 | General business credit (see instructions) | | | | | | |
| 20 | Other credits (see instructions) . . | | | | | | |
| 21 | Total credits. Add lines 19 and 20 | | | | | | |
| 22 | Subtract line 21 from line 18 . . . | 6,170. | | | | | |
| 23 | Personal holding company tax (Sch. PH (Form 1120)) | | | | | | |
| 24 | Other taxes (see instructions) . . . | | | | | | |
| 25 | Total tax liability. Add lines 22 through 24 | 6,170. | | | | | |
| 26 | Enter amount from "After carryback" column on line 25 for each year . . . . . . . . | 6,170. | | | | | |
| 27 | **Decrease in tax.** Subtract line 26 from line 25. | 6,170. | | | | | |

28  Overpayment of tax due to a claim of right adjustment under section 1341(b)(1) (attach computation)

## Sign Here

Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

▶ Signature of officer JUNE FINDER    06/29/2016 Date    ▶ SECRETARY Title

## Paid Preparer Use Only

| Print/Type preparer's name JOHN V BASSO | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00582766 |
|---|---|---|---|---|
| Firm's name ▶ JESSER RAVID JASON BASSO FARBER LLP | | | Firm's EIN ▶ 46-2353353 | |
| Firm's address ▶ CHICAGO, IL 60606-1659 | | | Phone no. 312-782-4710 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1139** (Rev. 11-2014)

JSA
5C3500 2.000

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.*

OMB No. 1545-0172

20**15**

Attachment
Sequence No. **179**

Name(s) shown on return

BRUCE FINDER SALES, INC.
D/B/A BFS METALS

Identifying number

36-3748002

Business or activity to which this form relates

GENERAL DEPRECIATION AND AMORTIZATION

### Part I Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | | |
|---|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | | **14** | |
| 15 | Property subject to section 168(f)(1) election | | **15** | |
| 16 | Other depreciation (including ACRS) | | **16** | 800. |

### Part III MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | | |
|---|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | | **17** | 4,863. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ▶ | | |

#### Section B - Assets Placed in Service During 2015 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | 105,535. | 5.000 | HY | 200 DB | 21,107. |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

### Part IV Summary (See instructions.)

| | | | | |
|---|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | | **21** | 14,402. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | | **22** | 41,172. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | | |

JSA For Paperwork Reduction Act Notice, see separate instructions.
5X2300 2.000

Form **4562** (2015)

**18**

31065I 1523 06/29/2016 10:44:22 V15-5.3F 36-3748002

Form 4562 (2015)   BRUCE FINDER SALES, INC.   36-3748002   Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | | Yes | No | 24b If "Yes," is the evidence written? | | | Yes | No |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE DEPRECIATION DETAIL | | % | | | | | 14,402. | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . | | | | | | 28 | 14,402. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2015 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2015 tax year . . . . . . . . . . . . . . . . | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . | | | 44 | | |

JSA

BRUCE FINDER SALES, INC.

## 2015 Depreciation

### Description of Property

**GENERAL DEPRECIATION AND AMORTIZATION**

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FURNITURE: | | | | | | | | | | | | | | | |
| WORK STATION | 04/18/1995 | 2,665. | 100. | 2,665. | | | 2,665. | 2,665. | 200 DB | HY | | | 7 | | |
| OFFICE FURNITURE/CHA | 04/04/1998 | 2,700. | 100. | 2,700. | | | 2,700. | 2,700. | 200 DB | HY | | | 7 | | |
| OFFICE FURNITURE | 08/15/2000 | 2,500. | 100. | | | 2,500. | 2,500. | 2,500. | 200 DB | HY | | | 7 | | 783. |
| OFFICE FURNITURE | 09/30/2014 | 6,139. | 100. | | 3,070. | 3,069. | 329. | 1,112. | 200 DB | MQ | | | 7 | | 783. |
| SUBTOTAL | | 14,004. | | 5,365. | 3,070. | 5,569. | 8,194. | 8,977. | | | | | | | |
| | | | | | | | | | | | | | | | |
| MACHINERY AND EQUIPMENT: | | | | | | | | | | | | | | | |
| COMPUTER | 08/15/1994 | 1,421. | 100. | 1,421. | | | 1,421. | 1,421. | 200 DB | HY | | | 5 | | |
| PHONE/ANSWER MACHINE | 06/24/1995 | 304. | 100. | 304. | | | 304. | 304. | 200 DB | HY | | | 5 | | |
| OFFICE EQUIPMENT | 10/15/2012 | 1,750. | 100. | 1,750. | | | | 4,155. | 200 DB | HY | | | 5 | | 4,080. |
| UNIQUE IRON WORKS | 09/15/2014 | 12,500. | 100. | | 500. | 12,000. | 75. | 4,507. | 200 DB | MQ | | | 5 | | 4,507. |
| COMPUTER SYSTEM | 01/01/2015 | 22,535. | 100. | | | 22,535. | | 16,600. | 200 DB | HY | | | 5 | | 16,600. |
| SAW | 09/30/2015 | 83,000. | 100. | | | 83,000. | | | 200 DB | HY | | | 5 | | |
| SUBTOTAL | | 121,510. | | 3,475. | 500. | 117,535. | 1,800. | 26,987. | | | | | | | 25,187. |
| | | | | | | | | | | | | | | | |
| SOFTWARE | | | | | | | | | | | | | | | |
| OFF-THE-SHELF SFTWRE | 09/01/2012 | 11,862. | 100. | 11,862. | | | | 800. | 200 DB | HY | | | 5 | | 800. |
| COMPUTER SOFTWARE | 01/01/2015 | 2,400. | 100. | | | 2,400. | | 800. | S/L | | 3.000 | | | | 800. |
| SUBTOTAL | | 14,262. | | 11,862. | | 2,400. | | 800. | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . | | 149,776. | | 20,702. | 3,570. | 125,504. | 9,994. | 36,764. | | | | | | | 26,770. |

*Assets Retired

BRUCE FINDER SALES, INC.

# 2015 Depreciation

## Description of Property

4562 LISTED PROPERTY DETAIL - PROPERTY USED > 50%

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTOMOTIVE AND TRANSPORTATION: | | | | | | | | | | | | | | | |
| 2012 LEXUS RX 450H | 11/10/2011 | 73,614. | 100. | | 11,060. | 62,554. | 9,625. | 11,400. | 150 DB | MQ | 5 | | 5 | | 1,775. |
| SUBTOTAL | | 73,614. | | | 11,060. | 62,554. | 9,625. | 11,400. | | | | | | | 1,775. |
| TRUCKS | | | | | | | | | | | | | | | |
| USED TRUCK | 08/31/2012 | 23,534. | 100. | | | 23,534. | 16,757. | 18,632. | 200 DB | HY | 5 | | 5 | | 1,875. |
| USED TRUCK #2 | 07/30/2013 | 42,252. | 100. | | | 42,252. | 21,971. | 25,221. | 200 DB | HY | 5 | | 5 | | 3,250. |
| TRAILER | 09/11/2013 | 14,800. | 100. | | | 14,800. | 7,696. | 10,538. | 200 DB | HY | 5 | | 5 | | 2,842. |
| USED TRUCK 2014 | 10/10/2014 | 5,000. | 100. | | | 5,000. | 260. | 2,150. | 200 DB | MQ | 5 | | 5 | | 1,900. |
| TRUCK | 10/21/2015 | 13,800. | 100. | | | 13,800. | | 2,760. | 200 DB | HY | 5 | | 5 | | 2,760. |
| SUBTOTAL | | 99,386. | | | | 99,386. | 46,674. | 59,301. | | | | | | | 12,627. |
| Less: Retired Assets . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . | | 173,000. | | | 11,060. | 161,940. | 56,299. | 70,701. | | | | | | | 14,402. |

*Assets Retired

310651 1523  06/29/2016 10:44:22  V15-5.3F

36-3748002

**21**

JSA
5C9027 1.000

BRUCE FINDER SALES, INC.

## 2015 Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION — GRAND TOTAL  TOTAL PROPERTY DETAIL

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER THAN LISTED PROPERTY | | | | | | | | | | | | | | | |
| GROSS | | 149,776. | | 20,702 | 3,570. | 125,504. | 9,994. | 36,764. | | | | | | | 26,770. |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | |
| SUB TOTAL: | | 149,776. | | 20,702 | 3,570. | 125,504. | 9,994. | 36,764. | | | | | | | 26,770. |
| | | | | | | | | | | | | | | | |
| LISTED PROPERTY USED MORE THAN 50% | | | | | | | | | | | | | | | |
| GROSS | | 173,000. | | | 11,060. | 161,940. | 56,299. | 70,701. | | | | | | | 14,402. |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| CURRENT YEAR SPECIAL DEPRECIATION ALLOWANCE | | | | | | | | | | | | | | | |
| SUBTOTAL: | | 173,000. | | | 11,060. | 161,940. | 56,299. | 70,701. | | | | | | | 14,402. |
| | | | | | | | | | | | | | | | |
| GROSS AMOUNTS . . . . . . . . | | 322,776. | | 20,702 | 14,630. | 287,444. | 66,293. | 107,465. | | | | | | | 41,172. |
| Less: Retired Assets . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . . . | | 322,776. | | 20,702 | 14,630. | 287,444. | 66,293. | 107,465. | | | | | | | 41,172. |

*Assets Retired

JSA
5C9027 1.000

310651  1523  06/29/2016  10:44:22  V15-5.3F

36-3748002

BRUCE FINDER SALES, INC.

## 2015 Amortization

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 02/01/1991 | 230. | 230. | 230. | | 5.000 | |
| Less: Retired Assets ............ | | | | | | | |
| **TOTALS** ............ | | 230. | 230. | 230. | | | |

* Assets Retired

JSA

5C9026 1.000

310651  1S23  06/29/2016  10:44:22  V15-5.3F

36-3748002

**23**

BRUCE FINDER SALES, INC.

# 2015 Alternative Minimum Tax Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date Placed in Service | AMT basis for depreciation | AMT accumulated depreciation | AMT me- thod | AMT conven- tion | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTOMOTIVE AND TRANSPORTATION: | | | | | | | | | | | |
| 2012 LEXUS RX 450H | 11/10/2011 | 62,554. | 9,625. | 150 DB | MQ | 5.000 | 1,775. | 1,775. | | | |
| SUBTOTAL | | 62,554. | 9,625. | | | | 1,775. | 1,775. | | | |
| | | | | | | | | | | | |
| FURNITURE: | | | | | | | | | | | |
| WORK STATION | 04/18/1995 | 2,665. | 2,665. | 150 DB | HY | 10.000 | | | | | |
| OFFICE FURNITURE/CHA | 04/04/1998 | 2,700. | 2,700. | 150 DB | HY | 10.000 | | | | | |
| OFFICE FURNITURE | 08/15/2000 | 2,500. | 2,500. | 150 DB | HY | 7.000 | | | | | |
| OFFICE FURNITURE | 09/30/2014 | 3,069. | 329. | 200 DB | MQ | 7.000 | 783. | 783. | . | | |
| SUBTOTAL | | 10,934. | 8,194. | | | | 783. | 783. | | | |
| | | | | | | | | | | | |
| MACHINERY AND EQUIPMENT: | | | | | | | | | | | |
| COMPUTER | 08/15/1994 | 1,421. | 1,421. | 150 DB | HY | 5.000 | | | | | |
| PHONE/ANSWER MACHINE | 06/24/1995 | 304. | 304. | 150 DB | HY | 5.000 | | | | | |
| UNIQUE IRON WORKS | 09/15/2015 | 12,000. | 75. | 200 DB | MQ | 5.000 | 4,080. | 4,080. | 1,127. | | |
| COMPUTER SYSTEM | 01/01/2015 | 22,535. | | 150 DB | HY | 5.000 | 3,380. | 4,507. | 4,150. | | |
| SAW | 09/30/2015 | 83,000. | 1,800. | 150 DB | HY | 5.000 | 12,450. | 16,600. | 5,277. | | |
| SUBTOTAL | | 119,260. | 3,026. | | | | 19,910. | 25,187. | | | |
| | | | | | | | | | | | |
| TRUCKS | | | | | | | | | | | |
| USED TRUCK | 08/31/2012 | 23,534. | 16,732. | 150 DB | HY | 5.000 | 1,875. | 1,875. | | | |
| USED TRUCK #2 | 07/30/2013 | 42,252. | 17,112. | 150 DB | HY | 5.000 | 3,250. | 3,250. | 200. | | |
| TRAILER | 09/11/2013 | 14,800. | 5,994. | 150 DB | HY | 5.000 | 2,642. | 2,842. | 456. | | |
| USED TRUCK 2014 | 10/10/2014 | 5,000. | 188. | 150 DB | MQ | 5.000 | 1,444. | 1,900. | 690. | | |
| TRUCK | 10/21/2015 | 13,800. | | 150 DB | HY | 5.000 | 2,070. | 2,760. | 1,346. | | |
| SUBTOTAL | | 99,386. | | | | | 11,281. | 12,627. | | | |
| | | | | | | | | | | | |
| SOFTWARE | | | | | | | | | | | |
| COMPUTER SOFTWARE | 01/01/2015 | 2,400. | | SL | S/L | 3.000 | 800. | 800. | | | |
| SUBTOTAL | | 2,400. | | | | | 800. | 800. | | | |
| | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . | : | : | : | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . | : | 294,534. | 56,645. | 310651 | 1523 | | 34,549. | 41,172. | 6,623. | | |

* Assets Retired

06/29/2016 10:44:22   V15-5.3F

JSA
5XR934 1.000                                                                 36-3748002

**24**

BRUCE FINDER SALES, INC.

## 2015 ACE Depreciation

**Description of Property**

GENERAL DEPRECIATION AND AMORTIZATION

| Asset description | Date placed in service | ACE basis for depreciation | ACE accumulated depreciation | Me-thod | Orig. Life | Rem. Life | ACE depreciation | AMT** depreciation used | ACE adjustment |
|---|---|---|---|---|---|---|---|---|---|
| AUTOMOTIVE AND TRANSPORTATION: | | | | | | | | | |
| 2012 LEXUS RX 450H | 11/10/2011 | 62,554. | 1,775. | 150 DB | 5.000 | 5.000 | 1,775. | 1,775. | |
| SUBTOTAL | | 62,554. | 1,775. | | | | 1,775. | 1,775. | |
| | | | | | | | | | |
| FURNITURE: | | | | | | | | | |
| WORK STATION | 04/18/1995 | 2,665. | | 150 DB | 10.000 | 10.000 | | | |
| OFFICE FURNITURE/CHA | 04/04/1998 | 2,700. | | 150 DB | 10.000 | 10.000 | | | |
| OFFICE FURNITURE | 08/15/2000 | 2,500. | | 150 DB | 7.000 | 7.000 | | | |
| OFFICE FURNITURE | 09/30/2014 | 3,069. | 329. | 200 DB | 7.000 | 7.000 | 783. | 783. | |
| SUBTOTAL | | 10,934. | 329. | | | | 783. | 783. | |
| | | | | | | | | | |
| MACHINERY AND EQUIPMENT: | | | | | | | | | |
| COMPUTER | 08/15/1994 | 1,421. | | 150 DB | 5.000 | 5.000 | | | |
| PHONE/ANSWER MACHINE | 06/24/1995 | 304. | | 150 DB | 5.000 | 5.000 | | | |
| UNIQUE IRON WORKS | 09/15/2014 | 12,000. | 75. | 200 DB | 5.000 | 5.000 | 4,080. | 4,080. | |
| COMPUTER SYSTEM | 01/01/2015 | 22,535. | | 150 DB | 5.000 | 5.000 | 3,380. | 3,380. | |
| SAM | 09/30/2015 | 83,000. | | 150 DB | 5.000 | 5.000 | 12,450. | 12,450. | |
| SUBTOTAL | | 119,260. | 75. | | | | 19,910. | 19,910. | |
| | | | | | | | | | |
| TRUCKS | | | | | | | | | |
| USED TRUCK | 08/31/2012 | 23,534. | 4,201. | 150 DB | 5.000 | 5.000 | 1,875. | 1,875. | |
| USED TRUCK #2 | 07/30/2013 | 42,252. | 10,774. | 150 DB | 5.000 | 5.000 | 3,250. | 3,250. | |
| TRAILER | 09/11/2013 | 14,800. | 3,774. | 150 DB | 5.000 | 5.000 | 2,642. | 2,642. | |
| USED TRUCK 2014 | 10/10/2014 | 5,000. | 188. | 150 DB | 5.000 | 5.000 | 1,444. | 1,444. | |
| TRUCK | 10/21/2015 | 13,800. | | 150 DB | 5.000 | 5.000 | 2,070. | 2,070. | |
| SUBTOTAL | | 99,386. | 18,937. | | | | 11,281. | 11,281. | |
| | | | | | | | | | |
| SOFTWARE | | | | | | | | | |
| COMPUTER SOFTWARE | 01/01/2015 | 2,400. | | SL | 3.000 | 3.000 | 800. | 800. | |
| SUBTOTAL | | 2,400. | | | | | 800. | 800. | |
| | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . . | | 294,534. | 21,116. | | | | 34,549. | 34,549. | |

*Assets Retired

**In certain circumstances, this may be regular tax depreciation rather than AMT depreciation.

JSA
5XN033 1.000

310651    1523    06/29/2016    10:44:22    V15-5.3F

36-3748002

**25**

BRUCE FINDER SALES, INC.                                                        36-3748002

FORM 1120, PAGE 1 DETAIL
=================================================================================

LINE 10 - OTHER INCOME
----------------------
                                                                       38,384.
    COMMISSION INCOME                                                   6,456.
    OTHER INCOME                                                       19,117.
    SECTION 481(A) ADJ - FINAL YEAR (FYE 12/31/15)               ----------------
                                                                       63,957.
        TOTAL                                                    ================



FORM 1120, PAGE 1 DETAIL
===============================================================================

LINE 17 - TAXES AND LICENSES
----------------------------
  PAYROLL TAXES                                                    65,687.
                                                                                     ---------------
    TOTAL                                                           65,687.
                                                                                      ===============



COPY

STATEMENT   2

BRUCE FINDER SALES, INC.                                          36-3748002

FORM 1120, PAGE 1 DETAIL
================================================================================

LINE 23 - PENSION, PROFIT-SHARING PLANS
---------------------------------------

```
  RETIREMENT PLAN EXPENSE                                      13,656.
                                                         ----------------
     TOTAL                                                    13,656.
                                                         ================
```

LINE 24 - EMPLOYEE BENEFIT PROGRAMS
-----------------------------------

```
  HEALTH INSURANCE                                              8,793.
  MEDICAL REIMBURSEMENT                                           147.
                                                         ----------------
     TOTAL                                                     8,940.
                                                         ================
```

LINE 26 - SUMMARY OF TRAVEL, MEALS AND ENTERTAINMENT
----------------------------------------------------

```
  GROSS MEALS AND ENTERTAINMENT                                   664.
  LESS 50% LIMITATION TO SCH M-1                                  332.
                                                         ----------------
  NET MEALS & ENTERTAINMENT                                       332.
  100% ALLOWABLE TRAVEL AND ENTERTAINMENT                         687.
                                                         ----------------
     TOTAL                                                     1,019.
                                                         ================
```

LINE 26 - OTHER DEDUCTIONS
--------------------------

```
  TRAVEL, MEALS AND ENTERTAINMENT                               1,019.
  GIFTS                                                         2,908.
  LEGAL AND PROFESSIONAL                                       28,960.
  OFFICE EXPENSES                                              60,299.
  TELEPHONE                                                    11,700.
  BANK AND CREDIT CARD FEES                                    12,794.
  AUTO AND TRUCK EXPENSE                                       47,687.
  INSURANCE EXPENSE                                            48,826.
  COMPUTER EXPENSE                                             18,253.
  COMMISSIONS                                                   3,950.
  STORAGE                                                          80.
  UTILITIES                                                    25,470.
                                                         ----------------
     TOTAL                                                   261,946.
                                                         ================
```

COPY

                                                         STATEMENT   3

BRUCE FINDER SALES, INC.

36-3748002

FORM 1120, PAGE 1 DETAIL

LINE 29A - NON-SRLY NOL DEDUCTION

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 12/31/2009 | 61,924. | | | | |
| 12/31/2010 | 22,147. | | | | |
| 12/31/2014 | 58,915. | | | | |
| 12/31/2015 | 358,081. | 358,081. | 41,131. | | 316,950. |
| TOTAL | 501,067. | 358,081. | 41,131. | | 316,950. |

31065I  1523  06/29/2016  10:44:22  V15-5.3F  36-3748002  29  STATEMENT  4

BRUCE FINDER SALES, INC.                                                    36-3748002

FORM 1120, PAGE 1 DETAIL
================================================================================

LINE 29A - NON-SRLY NOL CARRYBACK DETAIL
----------------------------------------
CURRENT YEAR NET OPERATING LOSS                                          358,081.

| YEAR ENDING | PRIOR YEAR TAXABLE INCOME | PRIOR YEAR CARRYBACK |
| --- | --- | --- |
| 2ND PRIOR YEAR | 41,131. | 41,131. |

TOTAL CURRENT YEAR NOL CARRIED BACK                                       41,131.
                                                                  ================



FORM 1120, PAGE 5 DETAIL
================================================================================

| | BEGINNING | ENDING |
|---|---|---|
| **SCH L, LINE 2 –** | | |
| **TRADE NOTES AND ACCOUNTS RECEIVABLE** | | |
| OTHER RECEIVABLE | NONE | 19,000. |
| TOTAL | 598,970. | 900,425. |

| | BEGINNING | ENDING |
|---|---|---|
| **SCH L, LINE 6 –** | | |
| **OTHER CURRENT ASSETS** | | |
| PREPAID FEDERAL INCOME TAX | 6,400. | NONE |
| PREPAID ILLINOIS REPLACEMENT TAX | 2,000. | NONE |
| TOTAL | 8,400. | NONE |

| | BEGINNING | ENDING |
|---|---|---|
| **SCH L, LINE 14 – OTHER ASSETS** | | |
| LEASE DEPOSITS | 41,490. | 41,490. |
| DEFERRED TAX ASSET | NONE | 133,000. |
| TOTAL | 41,490. | 174,490. |

| | BEGINNING | ENDING |
|---|---|---|
| **SCH L, LINE 16 – ACCOUNTS PAYABLE** | | |
| ACCOUNTS PAYABLE | 532,790. | 923,570. |
| ACCOUNTS PAYABLE VARIANCE | 381. | NONE |
| TOTAL | 533,171. | 923,570. |

| | BEGINNING | ENDING |
|---|---|---|
| **SCH L, LINE 18 –** | | |
| **OTHER CURRENT LIABILITIES** | | |
| SALES TAX PAYABLE | 21,549. | 18,416. |
| RETIREMENT PLAN PAYABLE | 6,912. | 13,656. |
| LINE OF CREDIT, FIFTH THIRD BANK | 460,000. | 683,284. |
| TOTAL | 488,461. | 715,356. |

STATEMENT   6

FORM 1120, PAGE 5 DETAIL
==============================================================================

```
                                          BEGINNING           ENDING
SCH L, LINE 19 -                        ---------------   ---------------
LOANS FROM SHAREHOLDERS
-----------------------
   JUNE FINDER                                 104,060.           88,950.
                                        ---------------   ---------------
      TOTAL                                    104,060.           88,950.
                                        ===============   ===============


SCH L, LINE 20 - MORTGAGES, NOTES,
BONDS  PAYABLE IN 1 YEAR  OR  MORE
----------------------------------
   GLENVIEW STATE BANK                          12,231.             NONE
   TRUCK LOAN, FIFTH THIRD BANK                 33,937.           24,740.
   AUTO LOAN                                     2,685.             NONE
   EQUIPMENT LOAN                                 NONE            46,150.
                                        ---------------   ---------------
      TOTAL                                      48,853.           70,890.
                                        ===============   ===============
```

COPY

```
FORM 1120, PAGE 5 DETAIL
================================================================================


SCH M-1, LINE 4 - INCOME SUBJECT TO TAX NOT RECORDED ON BOOKS
--------------------------------------------------------------
    SECTION 481(A) ADJUSTMENT - FINAL YEAR                           19,117.
                                                                 ---------------
        TOTAL                                                        19,117.
                                                                 ===============


SCH M-1, LINE 5 - EXPENSES RECORDED ON BOOKS NOT DEDUCTED ON RETURN
------------------------------------------------------------------
    BAD DEBTS                                                         2,020.
    ACCCRUED INTEREST EXPENSE, RELATED PARTIES                        1,127.
                                                                 ---------------
        TOTAL                                                         3,147.
                                                                 ===============


SCH M-1, LINE 7 - INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN
----------------------------------------------------------------
    DEFERRED TAX BENEFIT                                            133,000.
                                                                 ---------------
        TOTAL                                                      133,000.
                                                                 ===============


SCH M-2, LINE 6 - OTHER DECREASES
---------------------------------
    ROUNDING                                                              1.
                                                                 ---------------
        TOTAL                                                             1.
                                                                 ===============
```

FORM 4626 DETAIL
====================================================================================

LINE 6 - NON-SRLY AMT NOL DEDUCTION
-------------------------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CARRYOVER TO NEXT YEAR |
|-------------|--------------|------------------|-------------|------------------------|
| 12/31/2009  | 61,924.      |                  |             |                        |
| 12/31/2010  | 22,147.      |                  |             |                        |
| 12/31/2014  | 54,826.      |                  |             |                        |
| 12/31/2015  | 351,458.     | 351,458.         |             | 351,458.               |
| TOTAL       | 490,355.     | 351,458.         |             | 351,458.               |

COPY

FORM 1125-A DETAIL
========================================================================

LINE 5 - OTHER COSTS
--------------------
```
    FREIGHT                                                        8,067.
    WAREHOUSE EXPENSE                                            102,122.
    CLAIMS                                                           412.
                                                              ---------------
       TOTAL                                                    110,601.
                                                              ===============
```



```
FORM 1139, NET OPERATING LOSS DETAIL
================================================================================


TOTAL CURRENT YEAR NOL                                                  358,081.

PRIOR YEAR     PRIOR YEAR INCOME     CARRYBACK ABSORBED
-----------------------------------------------------
2010
2011
2012
2013                                      41,131.
2014

TOTAL PRIOR YEAR TAXABLE INCOME ABSORBED                                 41,131.
                                                                  ---------------
CURRENT YEAR NOL CARRIED OVER                                           316,950.
                                                                  ===============
```



Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bruce Finder Sales, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN EAGLE STEEL CORP PO BOX 1159 Ponte Vedra Beach, FL 32004** | | **Inventory Vendors** | | | | $29,910.84 |
| **Brad Finder 1739 Ellendale Northbrook, IL 60062** | | **loan to Debtor** | | | | $20,000.00 |
| **CMC COMMERCIAL METALS PO Box 844579 Dallas, TX 75284** | | **Inventory Vendors** | | | | $21,950.66 |
| **EULER HERMES 800 Red Brook Boulevard Owings Mills, MD 21117** | | **Inventory collections agent** | | | | $12,140.99 |
| **Fifth Third Bank 222 S. Riverside Plaza Chicago, IL 60606** | | bank loan | | $700,115.62** **This is an estimate the exact amount is unknown at this time, due to recent payments and bank Seizure.** | $188,670.74 | $511,444.88 |
| **GERDAU LONG STEEL 4221 W. BOY SCOUT BLVD STE 600 Tampa, FL 33607** | | **Inventory Vendors** | | | | $29,983.75 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Bruce Finder Sales, Inc.**                                   Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GRIFFIN SUPPLY 5026 COLUMBIA AVENUE Hammond, IN 46327 | | Inventory Vendors | | | | $12,677.20 |
| Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338 | | Sales Tax audit | | | | $63,113.85 |
| June Finder 2443 Pomona Lane Wilmette, IL 60091 | | Operating loan for Debtor | | | | $98,636.91 |
| KRATOS BUILDING PRODUCTS 2525 Ponce de Leon Blvd Coral Gables, FL 33134 | | Inventory Vendors | | | | $39,861.00 |
| LIEBOVICH STEEL & ALUMINUM 2116 PRESTON STREET Rockford, IL 61102 | | Inventory Vendors | | | | $23,038.35 |
| MAGELLAN CORPORATION 3250 SOLUTIONS CENTER Chicago, IL 60677 | | Inventory Vendors | | | | $19,079.72 |
| NEW MILLENNIUM BUILDING SYSTEM 6115 COUNTY RD. Butler, IN 46721 | | Inventory Vendors | | | | $36,408.03 |
| PROLAMSA USA 770 South Post Oak Lane Houston, TX 77056 | | Inventory Vendors | | | | $36,832.73 |
| RATNER STEEL SUPPLY 2500 W COUNTY ROAD B Portage, IN 46368 | | Inventory Vendors | | | | $31,735.99 |
| SERVICE STEEL WAREHOUSE 141 141st Street Hammond, IN 46327 | | Inventory Vendors | | | | $161,594.79 |
| STEEL OF AMERICA PO BOX 77 Arnold, MD 21012 | | Inventory Vendors | | | | $13,752.83 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Bruce Finder Sales, Inc.**                                   Case number *(if known)*  _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STEEL VENTURES LLC DBA EXL TUBE 905 ATLANTIC STREET Kansas City, MO 64116** | | **Inventory Vendors** | | | | $29,807.82 |
| **SUGAR STEEL CORPORATION 2521 STATE STREET Chicago Heights, IL 60411** | | **Inventory Vendors** | | | | $52,429.01 |
| **TRIAD METALS 1 VILLAGE ROAD Horsham, PA 19044** | | **Inventory Vendors** | | | | $19,213.22 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Bruce Finder Sales, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 25, 2017** | **/s/ O. Allan Fridman** |
| *Date* | **O. Allan Fridman 6274954** |
| | *Signature of Attorney* |
| | **Law Office of Allan Fridman** |
| | **555 Skokie Blvd 500** |
| | **Northbrook, IL 60062** |
| | **847-412-0788  Fax: 847-412-0898** |
| | **allan@fridlg.com** |
| | *Name of law firm* |

---

## RETAINER AGREEMENT
## BETWEEN O. ALLAN FRIDMAN,
## AS ATTORNEYS, AND BRUCE FINDER SALES, INC.AS CLIENT

### Preambles

Whereas, Bruce Finder Sales, Inc. doing business as BFS Metals ("the Debtor")has experienced financial difficulties and cannot currently pay its creditors according to the terms of installment agreements; and

Whereas, due to the financial difficulties the Client has determined to file a Chapter 11 Bankruptcy;

Whereas the Client and the Attorneys desire to reduce to writing the terms of the Agreement regarding the Attorneys' representation of the Client in relation to the Chapter 11 case;

Now therefore, in consideration of the obligations of the Attorneys and the Client set forth herein, the Parties hereby agree as follows:

### Article 1. The Attorneys' Duties

1.1 The Attorneys shall represent generally the Client in the workout/Chapter 11 proceeding, including negotiating a plan of reorganization, drafting of a disclosure statement, and the various administrative duties attendant to such a case. The Client understands that some of the matters involved may be complex. Client understands that further investigation by the Attorneys and/or other future events may from time to time change the Attorneys' advice regarding any and all matters brought to them, perhaps materially so. The Attorneys are not obligated to begin or to continue to prosecute or defend any claim that in their sole professional judgment is or becomes objectively or subjectively frivolous, can only be brought in bad faith, or whose continued prosecution comes to constitute bad faith, violates or comes to violate any rule or code of professional ethics, or has or comes to have so little chance of success on the merits that it is not reasonable to expect the Attorneys to continue to invest their time in the prosecution thereof. The Attorneys may advise Client to settle any or all of Client's particular matters in which they become involved.

1.2 If the Client should not act with absolute honesty and integrity with the Attorneys, then the Attorneys may either decline to represent the Client or discontinue such representation immediately and in either such case, the Client agrees not to object to the Attorneys' withdrawal for such reasons in any way.

1.3 Nothing in this Agreement shall prohibit either of the Parties from describing or clarifying the Attorneys' representation regarding a particular matter.

### Article 2. The Attorneys' Authority To Act

2.1 In matters of professional responsibility, the Attorneys shall act in their own discretion as they deem proper under the applicable rules of court and the Illinois Code of Professional Responsibility and/or the Rules of the United States District Court/Bankruptcy Court for the

Northern District of Illinois, or such other court(s) wherein the Attorneys may come to represent the Client (collectively "ICPR"), and without any direction from the Client. However, the Client remains free to comment on any aspect of the Attorneys' professional conduct and is encouraged by the Attorneys to do so at any time.

2.2 The Attorneys recognize that it is the Attorneys' general duty to carry out the directions of their principal, the Client, but the Client recognizes that their agents, the Attorneys, are possessed of special skills and training in legal matters beyond those of the Client. Therefore, in matters of general strategy, the Attorneys shall follow the general directions of the Client where such direction does not impinge upon the Attorneys professional responsibilities in any or all matters, or the Attorneys' professional judgment in matters concerning which a full consultation with the Client is not practical-for example, and certainly without limitation, how to proceed in open court, when Client cannot be reached, or when immediate action is needed.

2.3 Anything herein to the contrary notwithstanding, nothing herein shall be construed to limit the Attorneys' responsibilities under the ICPR, but it is the Parties' desire that the provisions hereof be liberally construed to the extent possible to conform to said [ICPR. Should any provision hereof be found to violate the said [CPR, such finding shall not affect the remaining provisions hereof unless such finding would substantially and materially affect the basic purposes hereof, which are to provide the Client with legal representation and to provide for reasonable payment to the Attorneys.

## Article 3. The Attorneys' Fees

3.1 The Debtor has agreed to pay the Attorneys a retainer of Twenty Thousand Dollars ($20,000.00) subject to court approval. The Bankruptcy Court may award future retainers and fees.

3.2. All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in *In re Production Associates, Ltd.*, 264 B.R. 180 (Bkrtcy.N.D.Ill.2001) and *Dowling* v. *Chicago Options Associates, Inc.*, 2007 WL 1288279 (111.). The Attorneys will commingle the retainer and any future retainer(s) immediately upon receipt with their general funds being obligated only to refund an amount equal to the unearned portion thereof, if any (and not the actual retainer funds themselves), promptly after the termination of the Attorneys' services. Ordinarily, Client has the option to request that the retainer be considered a "security retainer" where Client continues to have an interest in the funds, but Client recognizes and agrees that the Attorneys would not undertake the representation on that basis. The Attorneys are obligated by the *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer bases, and that reason is the Attorneys do not desire even potentially to compete with the creditors of the debtor-Client. This is advantageous to Client in the Attorneys' opinion because the *Dowling* case makes specific reference to creditor problems as a reason justifying the advance payment retainer over the security retainer.

3.3. The Parties hereto understand and acknowledge that the amount of services to be provided by the Attorneys and the outcome of the representation are extremely difficult to predict. Compensation will be paid to the Attorneys at their customary hourly rates (including all para-professional staff) as they exist from time to time. The rates are currently $425.00 for

O. Allan Fridman changes in rates will be shown on statements sent to the Client by showing each hourly rate being charged for the period involved in the bill.

3.4 All costs charged to the Client, all expenses incurred, and disbursements made by the Attorneys on the Client's behalf in connection with this matter will be payable by the Client in addition to the professional fees. Such expenses typically include, but are not limited to: accountants or other expert witnesses and consultants, transcripts, long distance telephone calls, photocopying, messengers, travel costs (both local and longer distances), and electronic mail services. The foregoing list is by way of example only, and the omission of any charge, expense, or disbursement from said list is not intended as a limitation for such possible charges. The Client is responsible for, and shall pay immediately when billed, for the Attorneys' out of pocket costs and for certain expenses billed at standard rates without an exact computation of the Attorneys' costs (such as photocopies not sent to an outside service).

3.5 The Attorneys will be paid through the presentation of applications for compensation presented to and subject to the approval of the bankruptcy court. The Client may be heard regarding any requested fees and reimbursement of requested expenses.

3.6 **Client acknowledges s/he/it understands that:**

A.    **This is NOT a "flat fee" case, but rather the lawyer's fees are calculated on the basis of the number of hours the lawyer works times the lawyer's hourly rate.**

 **[Please Initial]**

B.    **Depending on how many hours the lawyer works, the lawyer's bill may be greater than the initial retainer and even subsequent retainers, perhaps substantially so.**

 **[Please Initial]**

C.    **All retainers called for in this Agreement become solely the lawyer's property when paid, subject to the return to the Client of any unused hourly portion thereof after payment of the Client's costs, all as more fully described above.**

 **[Please Initial]**

D.    **The Client's costs described above are IN ADDITION TO the lawyer's fees.**

 **[Please Initial]**

E.    **If the lawyer's fees and costs are approved by a Bankruptcy Court, the Bankruptcy Court generally also allows the lawyer to charge for the preparation of the Court papers and Court papers and other work necessary to obtain payment of the lawyer's fees and costs.**

 **[Please Initial]**

### Article 4. General Provisions

4.1 This Agreement shall be construed under a rule of reasonableness at the time it was entered, examining any provision thereof with a mind that the Parties hereto were acting in good faith and without oppression, attempting to reach a fair and equitable means on which the Attorneys could pursue the Client's interests on behalf of the Client and be paid the reasonable fees provided for herein. All actions taken in accordance herewith shall be construed under a rule of reasonableness as of the time they were taken.

4.2 This Agreement shall be construed according to the laws of the State of Illinois, where it arose, and where it shall substantially or totally be performed. For these reasons, also, venue of any dispute arising out of this Agreement is hereby set exclusively in any Court having subject matter jurisdiction located in Cook County, Illinois, and the Parties agree to submit to the jurisdiction of any such Court.

4.3 The Client may discharge the Attorneys at will.

4.4 This Agreement may be signed in Counterparts.

### Article 5. Legal Advice Regarding This Agreement

5.1 The Attorneys are not representing the Client regarding its entering this Agreement, nor are they rendering any legal advice to the Client regarding same.

5.2 The Client acknowledges and represents that the Attorneys have advised it that it should
retain its own independent legal opinion (meaning from legal counsel other than the attorneys) regarding it entering this Agreement with the Attorneys, and that the Client has indeed obtained that independent legal advice or has knowingly waived its right to obtain such independent advice.

The Client is strongly urged and entreated by the Attorneys to obtain such outside, independent, legal opinion of the lawyer or lawyers of its choice before entering this Agreement, and to have said independent attorneys make any inquiries regarding this Agreement as they may so desire.

AGREED
BRUCE FINDER SALES, INC.

_Bradley Finder_ _____          _O. Allan Fridman_ _____
Bradley Finder, its Manager                              O. Allan Fridman

ALL TYPES ELEVATORS, INC
11105 S Nashville Avenue
Worth, IL 60482

ALLSTATE METAL FABRICATORS
365 BEINORIS DRIVE
Wood Dale, IL 60191

AMERICAN ALUMINUM EXTRUSION
5253 MCCURRY RD
Roscoe, IL 61073

AMERICAN EAGLE STEEL CORP
PO BOX 1159
Ponte Vedra Beach, FL 32004

ANCO STEEL
6529 Solutions Center
Chicago, IL 60677

ARROWHEAD BUILDING SUPPLY INC.
13 GUENTHER BLVD
Saint Peters, MO 63376-1013

BLACK DIAMOND STEEL
521 N. FIRST STREET

BLUELINX CORP
3532 SOLUTIONS CENTER
Chicago, IL 60607

Brad Finder
1739 Ellendale
Northbrook, IL 60062

Brad Finder and Nancy Finder
1739 Ellendale
Northbrook, IL 60062

CAMEL GRINDING WHEELS
7525 N. OAK PARK AVENUE
Niles, IL 60714

CARROLL CONSTRUCTION SUPPLY
205 S IOWA AVE
Ottumwa, IA 52501


CENTRAL STEEL & WIRE
3100 W. 51ST STREET
Chicago, IL 60632


CHICAGO STEEL FABRICATORS
5649 W 31ST ST
Cicero, IL 60804


CHICAGO TUBE & IRON
One Chicago Tube Drive
Romeoville, IL 60446


CMC COMMERCIAL METALS
PO Box 844579
Dallas, TX 75284


COMCAST
155 INDUSTRIAL DR
Elmhurst, IL 60126-1618


CORDECK
12620 WILMOT ROAD
Kenosha, WI 53142


CRAWFORD STEEL
3141 W. 36TH PLACE


D & J METALCRAFT COMPANY
4451 N Ravenswood
Chicago, IL 60610


E & T PLASTICS
140 FAIRBANK STREET'
Addison, IL 60101


ELEVATED TECHNOLOGIES (MetalTrax)
565 S. MASON ROAD
SUITE 231
Katy, TX 77450

EULER HERMES
800 Red Brook Boulevard
Owings Mills, MD 21117


Fifth Third Bank
222 S. Riverside Plaza
Chicago, IL 60606


GATEWAY EXTRUSIONS, LTD
704 W. Park Road
Union, MO 63084


GERDAU LONG STEEL
4221 W. BOY SCOUT BLVD  STE 600
Tampa, FL 33607


GOODER-HENRICHSEN
2900 S. STATE STREET
Chicago Heights, IL 60411


GRIFFIN SUPPLY
5026 COLUMBIA AVENUE
Hammond, IN 46327


HARRISON PAINT
1329 HARRISON AVENUE
Canton, OH 44706


Illinois Department of Employment
33 S. State St., 10th floor
Chicago, IL 60601


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Intech Funding
201 East Huntington Drvie
Suite 201
Monrovia, CA 91016


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JESSER RAVID JASON BASSO
150 N. WACKER
SUITE 3100
Chicago, IL 60606


JOHNSON PIPE & SUPPLY
999 W. 37TH STREET
Chicago, IL 60609


June Finder
2443 Pomona Lane
Wilmette, IL 60091


KARAY METALS INC.
5133 W. 70TH PLACE
Chicago, IL 60638


KELLY PIPE
P.O. BOX 2827
Santa Fe Springs, CA 90670


KENNEDY METAL PRODUCTS-V
1050 Kennedy Ave.
Schererville, IN 46375


KLOECKNER METALS
12900 S. METRON DRIVE
Chicago, IL 60633


KRATOS BUILDING PRODUCTS
2525 Ponce de Leon Blvd
Coral Gables, FL 33134


LB STEEL LLC
15700 LATHROP AVENUE
Harvey, IL 60426


LIEBOVICH STEEL & ALUMINUM
2116 PRESTON STREET
Rockford, IL 61102


MAGELLAN CORPORATION
3250 SOLUTIONS CENTER
Chicago, IL 60677

MAZEL & CO
4300 W FERDINAND STREET
Chicago, IL 60624

MCNICHOLS COMPANY
2200 ARTHUR AVE.
Elk Grove Village, IL 60007

NATIONAL TUBE SUPPLY
925 CENTRAL AVE.
Park Forest, IL 60466

NEW MILLENNIUM BUILDING SYSTEM
6115 COUNTY RD.
Butler, IN 46721

OAKLEY STEEL PRODUCTS
650 S 28th Ave
Bellwood, IL 60104

OLYMPIC STEEL
1901 MITCHELL BOULEVARD
Schaumburg, IL 60193

ORS NASCO
260 E. LIES ROAD
Carol Stream, IL 60188

PARAGON TUBE CORP
1605 Winter St
Fort Wayne, IN 46803

PAYROC
8312 W. CREEK DRIVE
Tinley Park, IL 60477

PHOENIX TUBE COMPANY INC.
1185 WIN DR.
Bethlehem, PA 18017

PITNEY BOWES
PO BOX 371874
Pittsburgh, PA 15250-7874

PROLAMSA USA
770 South  Post Oak Lane
Houston, TX 77056


ProLogis
6250 North River Road
Suite 1100
Rosemont, IL 60018


ProLogis  (F/K/A KTR ILLINOIS)
6250 North River Road
Suite 1100
Rosemont, IL 60018


RAPID WIRE
6932 W 62ND ST
Chicago, IL 60638


RATNER STEEL SUPPLY
2500 W COUNTY ROAD B
Portage, IN 46368


RECEIVABLE MANAGEMENT SERVICES CORP
7525 WEST CAMPUS DR
New Albany, OH 43054


ROBERT'S SHEET METAL WORKS, INC.
4347 W. KINZIE ST.
Chicago, IL 60624


SERVICE STEEL WAREHOUSE
141 141st Street
Hammond, IN 46327


SPRINT
PO BOX 629023
El Dorado Hills, CA 95762


STEEL OF AMERICA
PO BOX 77
Arnold, MD 21012


STEEL VENTURES LLC DBA EXL TUBE
905 ATLANTIC STREET
Kansas City, MO 64116

SUGAR STEEL CORPORATION
2521 STATE SREET
Chicago Heights, IL 60411


SUPERFLEET
PO BOX 740587
Cincinnati, OH 45274


SUREBUILT MANUFACTURING
840 S. 25TH AVENUE
Bellwood, IL 60104


TEXAS PIPE & SUPPLY
1324 FIELD STREET
Hammond, IN 46320


TOTAL PLASTICS
505 BUSSE ROAD
Elk Grove Village, IL 60007


TRI STATE PROPANE EXCHANGE L.L.C.
PO BOX 430
Minooka, IL 60447


TRIAD METALS
1 VILLAGE ROAD
Horsham, PA 19044


TS DISTRIBUTORS
2033 N. 17TH AVE.
Melrose Park, IL 60160


UNIVERSAL STEEL AMERICA
225 W BURVILLE ROAD
Crete, IL 60417


WIRE MESH CORPORATION
42 Marquette Ave
Oglesby, IL 61348

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bruce Finder Sales, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bruce Finder Sales, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 25, 2017**

Date

**/s/ O. Allan Fridman**

**O. Allan Fridman 6274954**

Signature of Attorney or Litigant

Counsel for   **Bruce Finder Sales, Inc.**

**Law Office of Allan Fridman**

**555 Skokie Blvd 500**
**Northbrook, IL 60062**
**847-412-0788 Fax:847-412-0898**
**allan@fridlg.com**