**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Bruce Finder Sales, Inc. | ) | No. 17-2122 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge Deborah L. Thorne |
| | ) | |

**NOTICE OF THE DEBTOR'S MOTION AND HEARING FOR FINAL DECREE**

**To: Attached Service List**

PLEASE TAKE NOTICE that on January 30, 2018 at 10:00 a.m. or a soon thereafter as Counsel may be heard I shall appear the Honorable Deborah L. Thorne in courtroom 613 of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois shall there and then present Debtor's Motion for Final Decree pursuant to 11 U.S.C. 330, a copy of which is attached to this Notice and hereby served upon you.

/s/O. Allan Fridman

**CERTIFICATE OF SERVICE**

I, O. Allan Fridman, hereby certify that I caused a copy of the following documents that to be served upon the following service list by mail on January 9, 2018.

/s/   O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062 847-412-0788 (6274954)

# SERVICE LIST

By ECF Filing and Mail:

Patrick S Layng,
Office of the U.S. Trustee Region 11
219 S Dearborn St Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov

Steven A Wolfe
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., 873
Chicago, Illinois 60604

Matthew M. Hevrin

Hinshaw & Culbertson
100 Park Avenue
Rockford, Il 61101

Keevan Morgan
900 Jackson Blvd Suite 4
Chicago, IL 60601

**VIA Mail,**

Bruce Finder Sales, Inc.
5649 West 31st
Unit B
Cicero, IL 60804

MICHAEL D WEISS
PO BOX 1166
Northbrook, IL 60065

ALL TYPES ELEVATORS, INC
11105 S Nashville Avenue
Worth, IL 60482

ALLSTATE METAL FABRICATORS
365 BEINORIS DRIVE
Wood Dale, IL 60191

AMERICAN ALUMINUM EXTRUSION
5253 MCCURRY RD
Roscoe, IL 61073

AMERICAN EAGLE STEEL CORP
PO BOX 1159
Ponte Vedra Beach, FL 32004

ANCO STEEL
6529 Solutions Center
Chicago, IL 60677

ARROWHEAD BUILDING SUPPLY INC.
13 GUENTHER BLVD
Saint Peters, MO 63376-1013

BLACK DIAMOND STEEL
521 N. FIRST STREET
Peotone, IL 60468

BLUELINX CORP
3532 SOLUTIONS CENTER
Chicago, IL 60607

Brad Finder
1739 Ellendale
Northbrook, IL 60062

Brad Finder and Nancy Finder
1739 Ellendale
Northbrook, IL 60062

CAMEL GRINDING WHEELS
7525 N. OAK PARK AVENUE
Niles, IL 60714

CARROLL CONSTRUCTION SUPPLY
205 S IOWA AVE
Ottumwa, IA 52501

CENTRAL STEEL & WIRE
3100 W. 51ST STREET
Chicago, IL 60632

CHICAGO TUBE & IRON
One Chicago Tube Drive
Romeoville, IL 60446

CMC COMMERCIAL METALS
PO Box 844579
Dallas, TX 75284

COMCAST
155 INDUSTRIAL DR
Elmhurst, IL 60126-1618

CORDECK
12620 WILMOT ROAD
Kenosha, WI 53142

CRAWFORD STEEL
3141 W. 36TH PLACE

D & J METALCRAFT COMPANY
4451 N Ravenswood
Chicago, IL 60610

E & T PLASTICS
140 FAIRBANK STREET'
Addison, IL 60101

2

ELEVATED TECHNOLOGIES
(MetalTrax)
565 S. MASON ROAD
SUITE 231
Katy, TX 77450

EULER HERMES
800 Red Brook Boulevard
Owings Mills, MD 21117

Fifth Third Bank
222 S. Riverside Plaza
Chicago, IL 60606

GATEWAY EXTRUSIONS,
LTD
704 W. Park Road
Union, MO 63084

GERDAU LONG STEEL
4221 W. BOY SCOUT BLVD
STE 600
Tampa, FL 33607

GOODER-HENRICHSEN
2900 S. STATE STREET
Chicago Heights, IL 60411

GRIFFIN SUPPLY
5026 COLUMBIA AVENUE
Hammond, IN 46327

HARRISON PAINT
1329 HARRISON AVENUE
Canton, OH 44706

Illinois Department of
Employment
33 S. State St., 10th floor
Chicago, IL 60601

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Intech Funding
201 East Huntington Drvie
Suite 201
Monrovia, CA 91016

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JESSER RAVID JASON
BASSO
150 N. WACKER
SUITE 3100
Chicago, IL 60606

June Finder
2443 Pomona Lane
Wilmette, IL 60091

KARAY METALS INC.
5133 W. 70TH PLACE
Chicago, IL 60638

KENNEDY METAL
PRODUCTS-V
1050 Kennedy Ave.
Schererville, IN 46375

KLOECKNER METALS
12900 S. METRON DRIVE
Chicago, IL 60633

KRATOS BUILDING
PRODUCTS
2525 Ponce de Leon Blvd
Coral Gables, FL 33134

LB STEEL LLC
15700 LATHROP AVENUE
Harvey, IL 60426

LIEBOVICH STEEL &
ALUMINUM
2116 PRESTON STREET
Rockford, IL 61102

MAGELLAN CORPORATION
3250 SOLUTIONS CENTER
Chicago, IL 60677

MAZEL & CO
4300 W FERDINAND STREET
Chicago, IL 60624

NATIONAL TUBE SUPPLY
925 CENTRAL AVE.
Park Forest, IL 60466

NEW MILLENNIUM
BUILDING SYSTEM
6115 COUNTY RD.
Butler, IN 46721

OAKLEY STEEL PRODUCTS
650 S 28th Ave
Bellwood, IL 60104

OLYMPIC STEEL
1901 MITCHELL
BOULEVARD
Schaumburg, IL 60193

ORS NASCO
260 E. LIES ROAD
Carol Stream, IL 60188

PARAGON TUBE CORP
1605 Winter St
Fort Wayne, IN 46803

PAYROC
8312 W. CREEK DRIVE
Tinley Park, IL 60477

PHOENIX TUBE COMPANY
INC.
1185 WIN DR.
Bethlehem, PA 18017

PITNEY BOWES
PO BOX 371874
Pittsburgh, PA 15250-7874

PROLAMSA USA
770 South Post Oak Lane
Houston, TX 77056

ProLogis
6250 North River Road
Suite 1100
Rosemont, IL 60018

ProLogis (F/K/A KTR
ILLINOIS)
6250 North River Road
Suite 1100
Rosemont, IL 60018

RAPID WIRE
6932 W 62ND ST
Chicago, IL 60638

RATNER STEEL SUPPLY
2500 W COUNTY ROAD B
Portage, IN 46368

RECEIVABLE
MANAGEMENT SERVICES
CORP
7525 WEST CAMPUS DR
New Albany, OH 43054

ROBERT'S SHEET METAL WORKS, INC.
4347 W. KINZIE ST.
Chicago, IL 60624

SERVICE STEEL WAREHOUSE
141 141st Street
Hammond, IN 46327

SPRINT
PO BOX 629023
El Dorado Hills, CA 95762

STEEL OF AMERICA
PO BOX 77
Arnold, MD 21012

STEEL VENTURES LLC DBA EXL TUBE
905 ATLANTIC STREET
Kansas City, MO 64116

SUGAR STEEL CORPORATION
2521 STATE SREET
Chicago Heights, IL 60411

SUPERFLEET
PO BOX 740587
Cincinnati, OH 45274

SUREBUILT MANUFACTURING
840 S. 25TH AVENUE
Bellwood, IL 60104

TEXAS PIPE & SUPPLY
1324 FIELD STREET
Hammond, IN 46320

TOTAL PLASTICS
505 BUSSE ROAD
Elk Grove Village, IL 60007

TRI STATE PROPANE EXCHANGE L.L.C.
PO BOX 430
Minooka, IL 60447

TRIAD METALS
1 VILLAGE ROAD
Horsham, PA 19044

TS DISTRIBUTORS
2033 N. 17TH AVE.
Melrose Park, IL 60160

UNIVERSAL STEEL AMERICA
225 W BURVILLE ROAD
Crete, IL 60417

WIRE MESH CORPORATION
42 Marquette Ave
Oglesby, IL 61348

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Bruce Finder Sales, Inc. | ) | No. 17-2122 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge Deborah L. Thorne |
| | ) | |

**THE DEBTOR'S MOTION
FOR FINAL DECREE**

Now comes the Debtor, Bruce Finder Sales, Inc ("Debtor"), through its attorney, O. Allan Fridman (the "Attorney"), respectfully seeks the entry of a final decree closing his chapter 11 case (the "Chapter 11 Case"), pursuant to sections 105(a) and 350(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3022-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"). In support of this motion (the "Motion"), the Debtor respectfully represents as follows:

**BACKGROUND**

1. On January 25, 2017, ("Petition Date") the Debtor filed his voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. On December 5, 2018, the court entered its Order Approving the Amended Disclosure Statement for Debtor's Modified Chapter Plan of Reorganization and confirming Debtor's Plan of Reorganization Dated [Docket No. 106] (the "Confirmation Order").

**RELIEF REQUESTED**

3. Section 350(a) of the Bankruptcy Code states that "[a]fter an estate is fully

1

administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. §350(a). Bankruptcy Rule 3022 implements the Bankruptcy Code's requirements, providing similarly that, "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

4. Because the Debtor's estate is fully administered, the Debtor requests entry of a final decree closing the Chapter 11 Case.

## BASIS FOR RELIEF

5. The term "fully administered" is not defined in the Bankruptcy Code or the Bankruptcy Rules, but the Advisory Committee Note to Bankruptcy Rule 3022 sets forth a nonexclusive list of factors to be considered to determine whether a case has been fully administered, including whether:

    a) the order confirming the plan has become final;
    b) deposits required by the plan have been distributed;
    c) the property proposed by the plan to be transferred has been transferred;
    d) the debtor or the successor to the debtor under the plan has assumed the business or the management of the property dealt with by the plan;
    e) payments under the plan have commenced; and
    f) all motions, contested matters, and adversary proceedings have been finally resolved.

6. Various courts have viewed these factors as a guide for determining whether a case should be closed. See, e.g., *In re Gates Cmty. Chapel of Rochester, Inc.*, 212 B.R. 220, 223-24 (Bankr. W.D.NY 1997) (closing case upon finding that case had been fully administered according to Advisory Committee Note factors); *In re Jay Bee Enters.*, Inc., 207 B.R. 536, 538-39 (Bankr. E.D. Ky. 1997) (same). See *In re Jr. Food Mart of Ark., Inc.*, 201 B.R. 522, 524, 526 (Bankr. E.D. Ark. 1996) (closing case so "that no further [section 1930(a)(6)] fees accrue"); *Jay Bee*, 207 B.R. at 539 (concluding that "it seems appropriate to

2

close this case to stop the financial drain on the debtor" on account of the continuing accrual of section 1930(a)(6) fees and also noting that there is "no provision of law that prevents closing a chapter 11 case before payment of the [section 1930(a)(6)] fees in question").

7.  Bankruptcy courts have also held that a bankruptcy estate is "fully administered" when the Plan has been substantially consummated as defined by section 1101(2) of the Bankruptcy Code. See In *re BankEast* Corp., 132 B.R. 665, 668 n.3 (Bankr. D.N.H. 1991). To determine whether a bankruptcy estate is substantially consummated for the purposes of entering a final decree, a court may apply the requirements established by 11 U.S.C. § 1101(2) to the case sought to be closed. See Walnut Assocs., 164 B.R. at 492. Section 1101(2) defines substantial consummation as follows:

> (a) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (b) assumption by the debtor or by the successor to the debtor under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
> (c) commencement of distributions under the plan.

11 U.S.C. § 1101(2); see also *In re JMP-Newcor Int'l, Inc.*, 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998) (holding that case was "fully administered" notwithstanding fact that certain disbursements remained to be made); *In re Mold Makers, Inc.*, 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990) (same); *In re Jordan Mfg. Co., Inc.*, 138 B.R. 30, 35 (Bankr. C.D. Ill. 1992) (holding that a court should not delay entry of final decree simply because all payments under the plan have yet to be made).

8.  Local Rule 3022-1 requires that the party moving to close the case shall state with the notice or motion the actual status of payments due to each class under the confirmed plan. To that end, the distributions contemplated by or described in the Plan have been completed as follows:

3

| Class | Treatment | Status of Payments/ Dates of Distribution |
|---|---|---|
| Class 2 Priority Tax Claims of the Internal Revenue Service | Unimpaired | Paid in full |
| Class 3 Priority Tax Claims Illinois Department of Revenue | Impaired | Payments made according to terms of plan see Exhibit 1 |

9.     In this case, the Confirmation Order has become a final order. The initial payments have been made as shown by Exhibit 1. All claims objections have been resolved. Accordingly, the estate of the Debtor has been "fully administered," and the Chapter 11 Case should be closed, as provided by the express language of section 350(a) of the Bankruptcy Code.

### NOTICE

10.     Notice of this Motion, has been given to (a) the Office of the United States Trustee for the Northern District of Illinois, (c) all creditors. In light of the nature of the relief requested herein, the Debtor submits that no further notice of the Motion is necessary or required.

11.     No previous request for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtor respectfully requests that this Court (a) enter a final decree, substantially in the form attached hereto, closing the Chapter 11 Case; and (b) grant such other and further relief as is necessary and proper.

Respectfully Submitted,

By: /s/ O. Alan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062
(847)412-0788
6274954

4