UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-2122 |
| Bruce Finder Sales, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion for Final Decree**

This matter coming before the Court on the Motion of Reorganized Debtor for Entry of Final Decree (the "Motion"), filed by Bruce Finder Sales, Inc., (the "Debtor"); the Court having reviewed the Motion and all related pleadings, and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that the Chapter 11 Case has been fully administered and that the relief requested in the Motion is in the best interests of the Debtor's estate, his creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,
IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Local Rule 3022-1, notice of the Motion and the Hearing was sufficient under the circumstances.

3. The Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, the Court grants a discharge either (i) upon completion of all payments under the Debtor's Amended Plan of Reorganization pursuant to 11 U.S.C. Section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Debtor's Third Amended Plan of Reorganization, the Debtor meets the requirements under 11 U.S.C. Section 1141(d)(5)(B).

4. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022- 1, the Chapter 11 Case is hereby closed.

5. Pursuant to Bankruptcy Rule 6004(h), this Order is final and shall be immediately effective and enforceable upon its entry.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 30, 2018

**Prepared by:**

O. Allan Fridman
555 Skokie Blvd.
Suite 500
Northbrook, Illinois 60062